1202

No. 11–808. SHINER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–809. AHAMED v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 11–816. GETZ ET AL. v. BOEING CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–818. HO v. MOTOROLA, INC. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–819. CICHON v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 11–822. CLARK v. IOWA STATE UNIVERSITY ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–826. HUGGANS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–827. EDWARDS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–828. CENTER FOR BIO-ETHICAL REFORM, INC., ET AL. v. NAPOLITANO, SECRETARY OF HOMELAND SECURITY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–830. ARNOLD v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 11–835. DEVONIAN PROGRAM ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 11–849. FLENORY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–850. FALLICA ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–859. EPPS v. FEDEX SERVICES. C. A. 6th Cir. Certiorari denied.